## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01325-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** August 10, 2011 | Deputy Clerk, Nick Richards |
| JAMES HILL, | David Michael Larson (by phone) |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company, | Adrienne C. Rowberry |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 9:03 a.m.**
Court calls the case. Appearances of counsel.

[**XX**]   Scheduling Order entered (as amended).

It is **ORDERED**:   Defendant Portfolio Recovery Associates, L.L.C.'s Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed.R.Civ.P. 15(a)(2) [Doc. No. 18, filed August 9, 2011] is **GRANTED**. The Clerk's Office is directed to file the answer as it has been submitted.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: September 26, 2011
Discovery Cut-off: November 11, 2011
Dispositive Motions Deadline: December 12, 2011
Each side is limited to 2 expert witnesses.
Disclosure of Affirmative Experts: September 8, 2011
Disclosure of Rebuttal Experts: September 30, 2011
Written Discovery shall be served no later than October 10, 2011.

Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 5 depositions, including experts.  Depositions shall be limited to 4 hours for the Plaintiff and each of the Defendant's 30(b)(6) witnesses, 2 hours for each non-30(b)(6) employee, collector, and/or collection supervisor at the Defendant, and 2 hours for each of the Plaintiff's witnesses.

**NO SETTLEMENT CONFERENCE** is set at this time.

**FINAL PRETRIAL CONFERENCE** set for: March 12, 2012 at 9:15 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**


TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.


Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.



**Court in recess: 9:15 a.m.**
Total In-Court Time:   00:12        Hearing concluded.


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.